AMERICAN HOME ASSURANCE COMPANY, Plaintiff–Appellant,

v.

Michael SCHER, Ph.D., d/b/a Supportive Psychological Services, Defendant–Appellee.

No. 91–55100.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 5, 1992.

Decided March 4, 1992.

Before: ALARCON, BEEZER and RYMER, Circuit Judges.

We affirm for the reasons stated by the district court in its decision of December 3, 1990.

AFFIRMED.